THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: Heartland Payment Systems, Inc. Customer Data Security Breach Litigation | § § § § § § § § § § § § § § § § § § § § § § |  MDL No. 2046<br><br>Civil Action No. H-10-171 |
| This filing relates to:<br>FINANCIAL INSTITUTION TRACK LITIGATION | |
| LONESTAR NATIONAL BANK, N.A., *et al.*, <br><br> Plaintiffs, <br><br>v. <br><br>HEARTLAND BANK and KEYBANK, N.A., <br><br> Defendants. | |

## ORDER OF TRANSFER

Based on the parties' agreement, the claims against Heartland Bank are severed and transferred to the Federal District Court for the Eastern District of Missouri.

SIGNED on April 18, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

P:\CASES\2010\10-171\10-171.transfer order.wpd